No. 192.  TAYLOR v. KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.  *Alexander H. Sands, H. V. Forsyth* and *Wm. Marshall Bullitt* for petitioner. *J. D. Buckman, Jr.,* Attorney General of Kentucky, and *M. B. Holifield* and *H. D. Reed, Jr.,* Assistant Attorneys General, for respondent.

No. 195.  T. M. DUCHE & SONS, INC. v. UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied.  *George M. Morris, Albert MacC. Barnes* and *John H. Pratt* for petitioner.  *Solicitor General Perlman* and *John R. Benney* for the United States.

No. 196.  FERGUSON ET AL. v. SOUTH CAROLINA.  Supreme Court of South Carolina.  Certiorari denied. *Clint T. Graydon* for petitioners.  *T. C. Callison,* Attorney General of South Carolina, and *William A. Dallis,* Assistant Attorney General, for respondent.

No. 199.  CROLICH ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *J. Edward Thornton* for petitioners.  *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 200.  CLARK v. BALTIMORE & OHIO RAILROAD Co. C. A. 6th Cir.  Certiorari denied.  *Hal H. Griswold* for petitioner.  *R. T. Sawyer, Jr.* for respondent.

No. 201.  SLENKER ET AL. v. GRAND LODGE OF THE STATE OF ILLINOIS OF THE INDEPENDENT ORDER OF ODD FELLOWS.